UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2019 JUL 23 P 1:31
STEPHEN C. DRIES
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 19-CR-
        [Title 18, U.S.C. §§2252A(a)(2)(A), (5)(B), (b)(1), and (b)(2)]

BERNARD J. TROKAN,

19-CR-138

        Defendant.

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. Between approximately August 5, 2018, and approximately April 10, 2019, in the State and Eastern District of Wisconsin and elsewhere,

**BERNARD J. TROKAN**

knowingly distributed child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), using a means and facility of interstate and foreign commerce, that had been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contained material that had been shipped and transported by a means and facility of interstate and foreign commerce, including by computer.

2. The child pornography distributed by the defendant included digital images identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| IMG_1165.jpg | This image depicts a minor female, between 6 and 10 years old, wearing a white tank top and naked from the waist down with her vagina exposed. She is sitting on a naked adult male's lap and his penis is penetrating her vagina. |
| IMG_1166.jpg | This image depicts a minor female, between 4 and 6 years old, wearing a pink shirt and naked from the waist down with her legs over her head and her vagina exposed. Another person's hand is touching her vagina, and the minor female's hand is touching the other person's hand. |

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

## COUNT TWO

### THE GRAND JURY FURTHER CHARGES THAT:

1. On or about May 30, 2019, in the State and Eastern District of Wisconsin and elsewhere,

### BERNARD J. TROKAN

knowingly possessed matter that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that involved a minor who had not attained the age of 12 years, and which had been mailed, shipped, and transported using a means and facility of interstate and foreign commerce, and that was produced using materials that had been mailed, shipped, and transported by a means of interstate and foreign commerce, including by computer.

2. The child pornography possessed by the defendant included files identified by the following partial file names:

| Partial File Name | Description |
|---|---|
| 1eb30661-661c-480d-97b4 | This video depicts a naked adult male inserting his penis into the mouth of a naked minor female, approximately 4 to 6 years old. She touches his penis with her hands while he touches her vagina. |
| 2fce5030-a1be-4a52-9c1d | This video depicts a naked adult male rubbing his penis on the vagina and anus of a minor female, approximately 3 to 5 years old, who is partially dressed. He ejaculates on her. |
| 5211f7b6-1a7c-4ac4-a5de | This video depicts an adult male straddling a naked minor female, approximately 4 to 6 years old, as she lays on her back and rubs his penis. He ejaculates on the minor female's stomach. |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

## NOTICE OF FORFEITURE

Upon conviction of any count in the indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all visual depictions described in Title 18, Sections 2252 and 2256, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252, and shall forfeit any property, real or personal, used or intended to be used to commit or promote the commission of such offenses.

A TRUE BILL:

FOREPERSON
Dated: 7.23.2019

_____
MATTHEW D. KRUEGER
United States Attorney